```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :     SEALED ORDER
     - v. -                        :
                                   :     S3 22 Cr. 293 (JPO)
JOWENKY NUNEZ, JR.,                :
     a/k/a "Juju,"                 :
JERRIN PENA,                       :
     a/k/a "Rooga,"                :
     a/k/a "Perry,"                :
JUSTIN DEAZA,                      :
     a/k/a "Booka,"                :
     a/k/a "Pepito,"               :
WILSON MENDEZ,                     :
     a/k/a "Tati,"                 :
BRIAN HERNANDEZ,                   :
     a/k/a "Malikai,"              :
HUGO RODRIGUEZ,                    :
     a/k/a "Juice,"                :
MAYOVANEX RODRIGUEZ,               :
     a/k/a "Menorcito,"            :
JOHANN ZAPATA,                     :
     a/k/a "Zapata,"               :
ELVIS TREJO,                       :
     a/k/a "Po Po,"                :
STEVEN JOAQUIN,                    :
     a/k/a "Baby Gunz,"            :
IYAURY RODRIGUEZ-ROSARIO,          :
     a/k/a "Bricha,"               :
JOWENKY NUNEZ, SR.,                :
     a/k/a "Bala,"                 :
ARGENIS TAVAREZ,                   :
     a/k/a "Nose,"                 :
     a/k/a "A-Kash,"               :
VICTOR COLON,                      :
     a/k/a "V,"                    :
JOSE GUTIERREZ,                    :
     a/k/a "G,"  and               :
NIJMAH MARTE,                      :
     a/k/a "N,"                    :
     a/k/a "Nena,"                 :
                                   :
              Defendants.          :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Kevin Mead, Sarah L. Kushner, and Ashley C. Nicolas;

It is found that the Indictment in the above-captioned action, S3 22 Cr. 293, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **August 2, 2022 at 9:30 a.m.**, it is therefore

ORDERED that the Indictment, S3 22 Cr. 293 (JPO), in the above-captioned action be unsealed on **August 2, 2022 at 9:30 a.m.**,

and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated:  New York, New York
        July 29, 2022

_____
J. PAUL OETKEN
United States District Judge