UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>JOWENKY NUNEZ, JR.<br>  a/k/a "Juju,"<br>JERRIN PENA,<br>  a/k/a "Rooga," a/k/a "Perry,"<br>JUSTIN DEAZA,<br>  a/k/a "Booka," a/k/a "Pepito,"<br>WILSON MENDEZ,<br>  a/k/a "Tati,"<br>BRIAN HERNANDEZ,<br>  a/k/a "Malikai,"<br>HUGO RODRIGUEZ,<br>  a/k/a "Juice,"<br>MAYOVANEX RODRIGUEZ,<br>  a/k/a "Menorcito,"<br>JOHANN ZAPATA,<br>  a/k/a "Zapata,"<br>ELVIS TREJO,<br>  a/k/a "Po Po,"<br>STEVEN JOAQUIN,<br>  a/k/a "Baby Gunz,"<br>IYAURY RODRIGUEZ-ROSARIO,<br>  a/k/a "Bricha,"<br>JOWENKY NUNEZ, SR.,<br>  a/k/a "Bala,"<br>ARGENIS TAVAREZ,<br>  a/k/a "Nose," a/k/a "A-Kash,"<br>VICTOR COLON,<br>  a/k/a "V,"<br>JOSE GUTIERREZ,<br>  a/k/a "G,"<br>NIJMAH MARTE,<br>  a/k/a "N," a/k/a "Nena,",<br><br>                    *Defendants.* | **Order for<br>Docket Name Changes**<br><br>**S3  22 Cr. 293 (JPO)** |

In order to align the names of the defendants on the docket with the names of the defendants on the Superseding Indictment (Dkt. 86), and so as to avoid any confusion among the defendants, the Court hereby finds and orders as follows:

1. Defendant 1 in this case is currently identified on the docket as "Jowenky Nunez also known as Juju."  Defendant 1 should be identified on the docket as "Jowenky Nunez, Jr. also known as Juju."

2. Defendant 4 in this case is currently identified on the docket as "Justin Deaza also known as Booka."  Defendant 4 should be identified on the docket as "Justin Deaza also known as Booka also known as Pepito."

3. Defendant 5 in this case is currently identified on the docket as "Wilson Mendez also known as Jowenky Mendez also known as Tati."  Defendant 5 should be identified on the docket as "Wilson Mendez also known as Tati."

4. Defendant 9 in this case is currently identified on the docket as "Argenis Tavarez also known as Nose."  Defendant 9 should be identified on the docket as "Argenis Tavarez also known as Nose also known as A-Kash."

5. Defendant 10 in this case is currently identified on the docket as "Nijmah Marte also known as N."  Defendant 10 should be identified on the docket as "Nijmah Marte also known as N also known as Nena."

6. Defendant 15 in this case is currently identified on the docket as "Steven Joaquin also known as Baby Gunz also known as Steven Jaoquin."  Defendant 15 should be identified on the docket as "Steven Joaquin also known as Baby Gunz."

IT IS HEREBY ORDERED that the Clerk of the Court shall make the above-described changes to the names on the docket in this case.

SO ORDERED:

Dated: New York, New York
August 5, 2022

_____
J. PAUL OETKEN
United States District Judge