UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              v.<br><br>JOWENKY NUNEZ, JR.,<br>   a/k/a "Juju,"<br>JERRIN PENA,<br>   a/k/a "Rooga,"<br>   a/k/a "Perry,"<br>JUSTIN DEAZA,<br>   a/k/a "Booka,"<br>   a/k/a "Pepito,"<br>WILSON MENDEZ,<br>   a/k/a "Tati,"<br>BRIAN HERNANDEZ,<br>   a/k/a "Malikai,"<br>HUGO RODRIGUEZ,<br>   a/k/a "Juice,"<br>JESUS ZAPATA,<br>   a/k/a "Jeezy,"<br>   a/k/a "Hendrix,"<br>MAYOVANEX RODRIGUEZ,<br>   a/k/a "Menorcito,"<br>JOHANN ZAPATA,<br>   a/k/a "Zapata,"<br>ELVIS TREJO,<br>   a/k/a "Po Po,"<br>BRAYAN LLORET,<br>   a/k/a "E.T.,"<br>STEVEN JOAQUIN,<br>   a/k/a "Baby Gunz,"<br>IYAURY RODRIGUEZ-ROSARIO,<br>   a/k/a "Bricha,"<br>JOWENKY NUNEZ, SR.,<br>   a/k/a "Bala,"<br>ARGENIS TAVAREZ,<br>   a/k/a "Nose,"<br>   a/k/a "A-Kash,"<br>                            Defendants. | **ORDER**<br><br>S6 22 Cr. 293 (JPO) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Kevin Mead, Sarah L. Kushner, and Ashley C. Nicolas;

It is found that the Indictment in the above-captioned action, S6 22 Cr. 293, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **September 8, 2023**, it is therefore

ORDERED that the Indictment, S6 22 Cr. 293 (JPO), in the above-captioned action be unsealed on **September 8, 2023**,

and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated:  New York, New York
        September 8, 2023

_____
J. PAUL OETKEN
United States District Judge