# EPSTEIN SACKS PLLC

### ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230

> Granted. Defendant's Hugo Rodriguez, Jerrin Pena, Justin Deaza, Brian Hernandez, Iyaury Rodriguez-Rosario, Brayan Lloret, and Jowenky Nunez, Sr. shall be produced to the cell block of Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl street on June 7, 2024 at 11:00 a.m. for a co-defendants meeting.  The U.S. Marshals have allotted one hour for the meeting and will allow only counsel and interpreters to enter the cell block area.
>   So ordered.
>   6/3/2024

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

_____
J. PAUL OETKEN
United States District Judge

Filed on ECF

<u>United States v. Hugo Rodriguez</u>
22 Cr. 293 (JPO)

Dear Judge Oetken:

  We represent Hugo Rodriguez pursuant to the Criminal Justice Act.  We write on behalf of our client as well as co-defendants Jerrin Pena, Justin Deaza, Brian Hernandez, Iyaury Rodriguez-Rosario, Brayan Lloret and Jowenky Nunez, Sr. to respectfully request that they be produced for a co-defendant meeting in the courthouse on Friday June 7th at 10AM.  We are asking for this meeting to take place at the courthouse since these co-defendants are not all being held at the same facility.[1]

  We understand that the U.S. Marshals have previously facilitated similar co-defendant meetings in other cases using the cell block in 40 Foley Square.  However, we of course are amenable to having the meeting wherever the Marshals are able to hold it within 40 Foley Square or 500 Pearl Street.

                 Respectfully submitted,

                  *Sarah M. Sacks*

---

[1] We understand from co-defense counsel that similar co-defendant meetings have taken place at the courthouse in this District previously, including by way of example in *United States v. Haxhaj*, 21 Cr. 17 (KPF) (*see* ECF No. 130) and *United States v. Washington*, 16 Cr. 168 (PKC) (*see* ECF No. 122).